JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 21 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-216-SMJ |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. §§ 922(g)(1), 924(a)(2) Felon in Possession of Firearm and Ammunition |
| BENJAMIN L. HIGGINS, | |
| Defendant. | Forfeiture Allegations: 18 U.S.C. § 924, 28 U.S.C. § 2461 |

The Grand Jury Charges:

That on or about July 10, 2017, in the Eastern District of Washington, BENJAMIN L. HIGGINS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, to wit: a Smith & Wesson model M&P9 Shield, 9 mm pistol, bearing serial number HNB4301, six rounds of 9mm ammunition head-stamped "TULAMMO 9MM LUGER", and two rounds of 9mm ammunition head-stamped "FC .9MM LUGER", which firearm and ammunition

INDICTMENT-1

had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c).

2. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 922(g) as set forth in this Indictment, Defendant BENJAMIN L. HIGGINS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant[s]:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated 28 U.S.C. § 2461(c).

INDICTMENT-2

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

DATED this 21st day of November, 2017.

                                                   A TRUE BILL

                                                   Foreperson

*/s/ Joseph H. Harrington*
JOSEPH H. HARRINGTON
Acting United States Attorney

*/s/ Earl A. Hicks*
Earl A. Hicks
Assistant United States Attorney

INDICTMENT-3